SOLOMON B. CERA (Bar No. 099467)
PAMELA A. MARKERT (Bar No. 203780)
CERA LLP
595 Market St. Suite 1350
San Francisco, CA 94105
Telephone: +1 (415) 777-2230
Fax: +1 (415) 777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

JEFFREY A. KLAFTER (*pro hac vice to be requested*)
AMIR ALIMEHRI (*pro hac vice to be requested*)
KLAFTER OLSEN & LESSER LLP
2 International Drive, Suite 350
Rye Brook, New York
Telephone: +1 (914) 934-9200
Fax: +1 (914) 934-9220
Email: jak@klafterolsen.com
Email: amir.alimehri@klafterolsen.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRYK KRASOWSKI and NICK PARKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC F/K/A CITADEL LLC<br><br>Defendants. | Case No.  21-cv-00758-TSH<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

DATED: February 2, 2021

**CERA LLP**

By: /s/ *Pamela A. Markert*
     Pamela A. Markert

SOLOMON B. CERA (Bar No. 099467)
PAMELA A. MARKERT (Bar No. 203780)
595 Market St. Suite 1350
San Francisco, CA 94105
Telephone: +1 (415) 777-2230
Fax: +1 (415) 777-5189
Email: scera@cerallp.com
Email: pmarkert@cerallp.com

**KLAFTER OLSEN & LESSER LLP**
JEFFREY A. KLAFTER (*pro hac vice to be requested*)
AMIR ALIMEHRI (*pro hac vice to be requested*)
2 International Drive, Suite 350
Rye Brook, New York
Telephone: +1 (914) 934-9200
Fax: +1 (914) 934-9220
Email: jak@klafterolsen.com
Email: amir.alimehri@klafterolsen.com

*Counsel for Plaintiffs and the Proposed Class*