UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRYK KRASOWSKI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBINHOOD FINANCIAL LLC, et al., <br><br> Defendants. | Case No.21-cv-00758-JST <br><br> **CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 9 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for May 4, 2021 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due April 27, 2021 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: February 5, 2021

Susan Y. Soong
Clerk, United States District Court

By:_____
Mauriona Lee, Deputy Clerk to the
Honorable JON S. TIGAR
510-637-3530