Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

PATRYK KRASOWSKI, et al.  )
                          )  Case No: 21-cv-758-JST
              Plaintiff(s),  )
                          )  **APPLICATION FOR**
       v.                 )  **ADMISSION OF ATTORNEY**
                          )  **PRO HAC VICE**
ROBINHOOD FINANCIAL LLC, et al.  )  (CIVIL LOCAL RULE 11-3)
                          )
              Defendant(s).  )

I, Jeffrey A. Klafter, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Patryk Krasowski and Nick Parker in the above-entitled action. My local co-counsel in this case is Solomon B. Cera, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2 International Drive, Suite 350<br>Rye Brook, NY 10573 | 595 Market St., Suite 1350<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (914) 934-9200 | (415) 777-2230 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jak@klafterolsen.com | scera@cerallp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1662428.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/11/20

Jeffrey A. Klafter
APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeffrey A. Klafter is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE