Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

PATRYK KRASOWSKI, et al.                    )
                                            )   Case No: 21-cv-758-JST
                                            )
                    Plaintiff(s),           )
                                            )   **APPLICATION FOR**
        v.                                  )   **ADMISSION OF ATTORNEY**
                                            )   **PRO HAC VICE**
ROBINHOOD FINANCIAL LLC, et                 )   (CIVIL LOCAL RULE 11-3)
al.                                         )
                    Defendant(s).           )
_____            )

   I, Jeffrey A. Klafter _____, an active member in good standing of the bar of
New York _____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Patryk Krasowski and Nick Parker _____ in the
above-entitled action. My local co-counsel in this case is Solomon B. Cera _____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2 International Drive, Suite 350<br>Rye Brook, NY 10573 | 595 Market St., Suite 1350<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (914) 934-9200 | (415) 777-2230 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jak@klafterolsen.com | scera@cerallp.com |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1662428 _____.

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/11/20                                    Jeffrey A. Klafter
                                        _____
                                                   APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Jeffrey A. Klafter _____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: February 11, 2021
                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE