C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email: emonekanderson@fbm.com
Email: bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
Email: aryan@cravath.com
Email: korsini@cravath.com
Email: bsukiennik@cravath.com

Attorneys for Defendants Robinhood Financial LLC and Robinhood Securities, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

PATRYK KRASOWSKI and NICK PARKER, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC, F/K/A CITADEL LLC;

Defendants.

Case No.: 4:21-cv-00758-HSG

**NOTICE OF APPEARANCE**

TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that C. Brandon Wisoff, of Farella Braun + Martel LLP, a limited liability partnership, hereby appears as counsel for Defendants Robinhood Financial LLC and Robinhood Securities, LLC. I am a member of the State Bar of California and am admitted to practice in the Northern District of California. My address, telephone number and email are as follows:

C. Brandon Wisoff (State Bar No. 121930)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
bwisoff@fbm.com

I hereby request that copies of all pleadings and papers filed in connection with the above-captioned action be served upon me.

Dated: March 11, 2021

FARELLA BRAUN + MARTEL LLP

By: /s/ C. Brandon Wisoff
C. Brandon Wisoff

Attorneys for Defendants
ROBINHOOD FINANCIAL LLC, et al.

39900\13986867.1