1  C. Brandon Wisoff (State Bar No. 121930)
   Eric D. Monek Anderson (State Bar No. 320934)
2  **Farella Braun + Martel LLP**
   235 Montgomery Street, 17th Floor
3  San Francisco, California 94104
   Telephone:  (415) 954-4400
4  Facsimile:  (415) 954-4480
   Email:  emonekanderson@fbm.com
5  Email:  bwisoff@fbm.com

6
   Antony L. Ryan (*pro hac vice* application forthcoming)
7  Kevin J. Orsini (*pro hac vice* application forthcoming)
   Brittany L. Sukiennik (*pro hac vice* application forthcoming)
8  **Cravath, Swaine & Moore LLP**
   New York, NY 10019
9  Telephone:  (212) 474-1000
   Facsimile:  (212) 474-3700
10 Email:  aryan@cravath.com
   Email:  korsini@cravath.com
11 Email:  bsukiennik@cravath.com

12
   Attorneys for Defendants Robinhood
13 Financial LLC and Robinhood Securities,
   LLC
14

15             **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

               **OAKLAND DIVISION**
17

18 | PATRYK KRASOWSKI and NICK PARKER, | Case No.: 4:21-cv-00758-HSG |
   | on behalf of themselves and all others similarly | |
19 | situated, | |

20 |          Plaintiffs, | **NOTICE OF APPEARANCE** |

21 |        vs. | |

22 | ROBINHOOD FINANCIAL LLC; | |
   | ROBINHOOD SECURITIES, LLC; CITADEL | |
23 | SECURITIES LLC; CITADEL ENTERPRISE | |
   | AMERICAS LLC, F/K/A CITADEL LLC; | |
24

25 |          Defendants. | |

26

27

28

---

*NOTICE OF APPEARANCE*
Case No. 4:21-cv-00758-HSG

1   TO THE HONORABLE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that Eric D. Monek Anderson, of Farella Braun + Martel LLP, a

3   limited liability partnership, hereby appears as counsel for Defendants Robinhood Financial LLC

4   and Robinhood Securities, LLC.  I am a member of the State Bar of California and am admitted to

5   practice in the Northern District of California.  My address, telephone number and email are as

6   follows:

7       Eric D. Monek Anderson (State Bar No. 320934)
        Farella Braun + Martel LLP
8       235 Montgomery Street, 17th Floor
        San Francisco, California 94104
9       Telephone: (415) 954-4400
        Facsimile: (415) 954-4480
10      emonekanderson@fbm.com

11   I hereby request that copies of all pleadings and papers filed in connection with the above-

12   captioned action be served upon me.

13

14   Dated:  March 11, 2021                    FARELLA BRAUN + MARTEL LLP

15

16   By:  _Eric Monek Anderson_____
                      Eric D. Monek Anderson

17
     Attorneys for Defendants
18   ROBINHOOD FINANCIAL LLC, et al.

19   39900\13986872.1

20

21

22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE
Case No. 4:21-cv-00758-HSG