C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:  emonekanderson@fbm.com
Email:  bwisoff@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:  aryan@cravath.com
Email:  korsini@cravath.com
Email:  bsukiennik@cravath.com

Attorneys for Defendants Robinhood
Financial LLC and Robinhood Securities, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| PATRYK KRASOWSKI and NICK PARKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBINHOOD FINANCIAL LLC; ROBINHOOD SECURITIES, LLC; CITADEL SECURITIES LLC; CITADEL ENTERPRISE AMERICAS LLC, F/K/A CITADEL LLC;<br><br>Defendants. | Case No.: 4:21-cv-00758-HSG<br><br>**JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Patryk Krasowski and Nick Parker ("Plaintiffs") and the undersigned Defendants (together with Plaintiffs, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a Complaint on January 29, 2021 (Dkt. No. 1);

WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is currently April 5, 2021;

WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with the Judicial Panel on Multidistrict Litigation ("Panel"), and included this action on the schedule of actions requested to be centralized;

WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing schedule;

WHEREAS, on March 1, 2021, Plaintiffs filed a response to the Motion, agreeing that the cases should be centralized into one multidistrict litigation;

WHEREAS, a hearing on the Motion is scheduled for March 25, 2021;

WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;

WHEREAS, this is the first extension that has been requested and the Parties have not obtained any previous extensions;

WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint" so long as "the change will not alter the date of any event or any deadline already fixed by Court order";

WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiffs.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.
2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.
3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.  And nothing herein shall prevent Plaintiffs from objecting to said motion.

| | | |
|---|---|---|
| 1 | Dated: March 11, 2021 | By: /s/ C. Brandon Wisoff |

C. Brandon Wisoff (State Bar No. 121930)
Eric D. Monek Anderson (State Bar No. 320934)
**Farella Braun + Martel LLP**
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:   bwisoff@fbm.com
Email:   emonekanderson@fbm.com

Antony L. Ryan (*pro hac vice* application forthcoming)
Kevin J. Orsini (*pro hac vice* application forthcoming)
Brittany L. Sukiennik (*pro hac vice* application forthcoming)
**Cravath, Swaine & Moore LLP**
New York, NY 10019
Telephone:  (212) 474-1000
Facsimile:  (212) 474-3700
Email:   aryan@cravath.com
Email:   korsini@cravath.com
Email:   bsukiennik@cravath.com

*Counsel for Robinhood Financial LLC and Robinhood Securities, LLC*

Dated: March 11, 2021          By: /s/ Jeffrey A. Klafter
                                             Jeffrey A. Klafter

**KLAFTER LESSER LLP**
JEFFREY A. KLAFTER (*pro hac vice*)
AMIR ALIMEHRI (*pro hac vice*)
2 International Drive, Suite 350
Rye Brook, New York
Telephone: +1 (914) 934-9200
Fax: +1 (914) 934-9220
Email: jak@klafterlesser.com
Email: amir.alimehri@klafterlesser.com

**CERA LLP**

SOLOMON B. CERA (Bar No. 099467)
PAMELA A. MARKERT (Bar No. 203780)
595 Market St. Suite 1350
San Francisco, CA 94105
Telephone: +1 (415) 777-2230
Fax: +1 (415) 777-5189

4

JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND
Case No. 4:21-cv-00758-HSG

Email: scera@cerallp.com
Email: pmarkert@cerallp.com

*Counsel for Plaintiffs and the Proposed Class*

Dated: March 11, 2021         By: /s/ *Adam L. Hoeflich* _____
                                  Adam L. Hoeflich

Adam L. Hoeflich
Dawson Robinson
**Bartlit Beck LLP**
54 W. Hubbard St., Ste. 300
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440
Email: adam.hoeflich@bartlitbeck.com
Email: dawson.robinson@bartlitbeck.com

Stephen A. Broome (Bar No. 314605)
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: stephenbroome@quinnemanuel.com

Justin Reinheimer (Bar No. 268868)
**Quinn Emanuel Urquhart & Sullivan, LLP**
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Email: justinreinheimer@quinnemanuel.com

William A. Burck (*pro hac vice*)
**Quinn Emanuel Urquhart & Sullivan, LLP**
1300 I Street NW Suite 900
Washington, D.C. 20005
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
Email: williamburck@quinnemanuel.com

|   |   |
|---|---|
| 1 | Steig D. Olson (*pro hac vice*) |
| 2 | Christopher D. Kercher (*pro hac vice*) |
|   | **Quinn Emanuel Urquhart & Sullivan, LLP** |
| 3 | 51 Madison Avenue, 22nd Floor, |
|   | New York, New York, 10010 |
| 4 | Telephone: (212) 849-7000 |
|   | Facsimile: (212) 849-7100 |
| 5 | Email: steigolson@quinnemanuel.com |
|   | Email: christopherkercher@quinnemanuel.com |

*Counsel for Citadel Enterprise Americas LLC, f/k/a Citadel LLC*

6

*JOINT STIPULATION TO EXTEND DEADLINE TO RESPOND*
Case No. 4:21-cv-00758-HSG

**ATTESTATION**

I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation. In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories.

Dated: March 11, 2021                           FARELLA BRAUN + MARTEL LLP

By: _/s/ C. Brandon Wisoff_
      C. Brandon Wisoff

*Counsel for Defendants Robinhood Financial LLC and Robinhood Securities, LLC*